**UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | |
|---|---|
| In Re: | ) |
| | ) |
| JULIE MARIE BARBOUR | ) Case No. 18-40264 |
| | ) |
| Debtor | ) |
| | ) |

**POST-CONFIRMATION MODIFICATION OF PLAN**

Comes now the Debtor, by counsel, and modifies her plan as follows:

**Debtor's payments to the trustee shall be $870.00 from July 2018 through April 2019. Beginning with the payment due May 2019, and for the remainder of the plan term, Debtor shall pay trustee $700.00 per month.**

All other plan terms remain unchanged.

Respectfully Submitted,

/s/ Juan A. Perez Jr.
Juan A. Perez Jr.   #27290-64
Counsel for Debtor
PEREZ & PEREZ
PO BOX 943
Indianapolis, IN  46206
Phone: (317) 634-5968
Fax: (317) 634-5966
jp@perezlawindiana.com